# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>Plaintiff<br><br>v.<br><br>RICHARD J KEATON & JULIE KEATON; RICHARD J KEATON DBA AMERICAS BEST VALUE INN-SEABIRD LODGE; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 3:16-cv-00673-EMC<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants RICHARD J KEATON & JULIE KEATON; RICHARD J KEATON DBA AMERICAS BEST VALUE INN-SEABIRD LODGE be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint and the lawsuit be dismissed with prejudice in their entirety, Case Number 3:16-cv-00673-EMC.

**IT IS SO ORDERED.**

Dated: _____7/26/16_____

_____
Hon. Judge Edward M. Chen

